1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   QUANG DIEN LA,                                1:09-cv-00947-JLT (HC)

12              Petitioner,

                                                   ORDER DENYING AS MOOT
13        vs.                                      PETITIONER'S MOTION FOR
                                                   APPOINTMENT OF COUNSEL
14   ERIC HOLDER, Attorney General, et al.,
                                                   (Doc. 2)
15              Respondents

16   _____/

17

18         At the time of filing of this motion, Petitioner was a federal prisoner proceeding pro

19   se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The petition, filed on

20   June 1, 2009, challenged Petitioner's ongoing custody by the Bureau of Immigration and

21   Customs Enforcement ("ICE") while Petitioner was subject to a final order of removal from the

22   United States to Vietnam.  (Doc. 1).  On September 17, 2009, the Court issued an Order to

23   Show Cause requiring Respondent to show cause why the petition should not be granted.

24   (Doc. 5).  On January 5, 2010, the Court issued an order denying the petition on the merits.

25   (Doc. 9).  Judgment was entered on that date and the case was closed.  (Doc. 10).  Judgment

26   having already been entered and the case already having been closed, Petitioner's motion for

27   appointment of counsel is now moot.

28         Accordingly, it is HEREBY ORDERED that Petitioner's motion for appointment of

1  counsel (Doc. 2), is DENIED as MOOT.

2

3  IT IS SO ORDERED.

4  Dated:  **June 18, 2010**                                            **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28